```
       IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

| | |
|---|---|
| **FREDERICK BANKS,** | \* |
| | \* |
| Petitioner, | \* |
| | \* CIVIL ACTION NO.:15-00281-WS-B |
| vs. | \* |
| | \* |
| **TIMOTHY PIVNICHNY,** *et al.*, | \* |
| | \* |
| Respondent. | \* |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE** this 24th of November, 2015.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE